UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN, GREEN BAY DIVISION

---

CRYSTAL WHATLEY,

    Plaintiff,

COMMON GROUND HEALTHCARE
COOPERATIVE and MOLINA HEALTHCARE
OF WISCONSIN, INC.,

    Subrogated Plaintiffs,

vs.

WALMART, INC., WAL-MART STORES
EAST I, LIMITED PARTNERSHIP and
WALMART REAL ESTATE BUSINESS
TRUST,

    Defendants.

Removed from State of Wisconsin
Circuit Court, Manitowoc County
Case No. 25 CV 000518

---

## NOTICE OF REMOVAL

---

To:   Clerk of the U.S. District Court for the
      Eastern District of Wisconsin, Green Bay Division:

PLEASE TAKE NOTICE that Defendants, Walmart, Inc., Wal-Mart Stores East, I, Limited Partnership and Wal-Mart Real Estate Business Trust, hereby remove to this Court the State Court action described herein, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447. Pursuant to 28 U.S.C. § 1446(d) and this Court's Local Rules, copies of this Notice of Removal are being served upon all parties at the addresses listed in Plaintiff's State Court Complaint and are being filed in the Circuit Court of Manitowoc County action.

In support hereof, movant states as follows:

1. Plaintiff, Crystal Whatley, filed in Manitowoc County, Wisconsin, Civil Cause of Action 25 CV 000518 ("State Court Complaint"), seeking to recover for personal injuries allegedly sustained by her after being struck by an item which fell from a shelf at a Walmart store in Manitowoc, Wisconsin, on March 10, 2023. A copy of the State Court Summons and Complaint is attached to the Affidavit of Heather L. Nelson, filed concurrently herein, as Exhibit A.

2. Pursuant to the State Court Complaint, Plaintiff Crystal Whatley resides in Manitowoc, Wisconsin.

3. Although all three named defendants have registered agents for service of process within the State of Wisconsin:

- Walmart, Inc. was incorporated in Delaware and has its principal office in Arkansas;
- Wal-Mart Stores East, LP (incorrectly named as Wal-Mart Stores East I, Limited Partnership) is a Delaware corporation with its principal office in Arkansas;
- Wal-Mart Real Estate Business Trust has its principal office in Arkansas.

Of note, Wal-Mart Stores East, LP (incorrectly named as Wal-Mart Stores East I, Limited Partnership) is the entity which operated the Manitowoc, Wisconsin, Walmart in question; Walmart, Inc. and Wal-Mart Real Estate Business Trust have no ownership, management, maintenance or other relation to the Walmart store in Manitowoc, Wisconsin, and should be dismissed as Defendants. True and accurate copies of the State of Wisconsin Department of Financial Institutions Corporate Records regarding Walmart, Inc., Wal-Mart Real Estate Business Trust. and Wal-Mart Stores East, LP, are attached to the Affidavit of Heather L. Nelson as Exhibit B.

4. In the State Court Complaint, ¶ 7, Plaintiff alleges that while at the Manitowoc Walmart, she was struck by an item which fell from a shelf above where she was shopping, resulting in injuries. Prior to suit, the Plaintiff (or her counsel) informed Wal-Mart that she had undergone two rotator cuff surgeries and had incurred approximately $182,000.00 in medical bills.

5. Pursuant to 28 USC § 1332, this Court has jurisdiction over this action because it is between citizens of different states, and the amount in controversy is believed to be greater than $75,000. Therefore, this action could originally have been filed in this Court and is now properly removed to this Court.

6. There is complete diversity of citizenship among the parties as Plaintiff resides in Wisconsin and Defendants reside in Arkansas (and two were incorporated in Delaware). In addition, Defendants are not citizens of the state in which this action is brought.

WHEREFORE, Defendants, Walmart, Inc., Wal-Mart Stores East, I, Limited Partnership and Wal-Mart Real Estate Business Trust, respectfully give notice that the above-captioned civil action pending in the Circuit Court of Manitowoc County, Wisconsin, is removed to this Court pursuant to 28 USC §§ 1332, 1441, 1446 and 1447.

Dated this 4th day of February, 2026.

EVERSON, WHITNEY,
EVERSON & BREHM, S.C.

Attorneys for Defendants, Walmart, Inc.,
Wal-Mart Stores East, I, Limited Partnership
and Wal-Mart Real Estate Business Trust

_____/s/ Heather L. Nelson_____
Heather L. Nelson
Attorney Bar No. 1036579

P. O. ADDRESS:
P. O. Box 22248
Green Bay, WI  54305-2248
(920) 435-3734
hnelson@eversonlaw.com
HLN:wld0203-26

# CERTIFICATE OF SERVICE

Heather L. Nelson, one of the attorneys for Defendants, Walmart, Inc., Wal-Mart Stores East, LP and Wal-Mart Real Estate Business Trust, certifies that this document was sent to all parties of record via electronic filing on this 4th day of February, 2026.

I further certify that I have mailed the above documents by First-Class Mail to the following:

>Attorney Ricardo F. Estrada
>Attorney Matthew S. Mayer
>Molina Healthcare of Wisconsin, Inc.

>EVERSON, WHITNEY,
>EVERSON & BREHM, S.C.
>
>Attorneys for Defendants, Walmart, Inc.,
>Wal-Mart Stores East, I, Limited Partnership
>and Wal-Mart Real Estate Business Trust
>
>
>      */s/ Heather L. Nelson*
>Heather L. Nelson